

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-84,315-01; WR-84,315-02

### EX PARTE TIMOTHY JERROLD KIPP, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 13-0658-K277A & 13-0622-K277A
### IN THE 368TH DISTRICT COURT FROM WILLIAMSON COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offenses of aggravated robbery and aggravated kidnapping and sentenced to imprisonment for twenty years for each charge.

On November 20, 2015, orders for an affidavit from trial counsel were signed by the trial court in each cause. No such affidavit, nor any findings of fact have been sent to this Court. We remand these applications to the 368th District Court of Williamson County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: January 13, 2016
Do not publish